# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of the United States Department Labor,<br><br>    Plaintiff,<br><br>V.<br><br>GEORGE HOFMEISTER, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 5:12-cv-250-KKC<br><br>(consolidated with 5:13-cv-156-KKC and 5:13-cv-158-KKC for scheduling, pretrial management, and discovery)<br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

The Court, having been advised by the Secretary that all claims against all defendants have been resolved in *Perez. v. La Courciere, et al.*, Case No. 5:13-cv-158 (*See* Case No. 5:12-cv-250-KKC, DE 208), **HEREBY ORDERS** that Case No. 5:13-cv-158 is **DISMISSED** and **STRICKEN** from the Court's active docket.

The Court will entertain a motion to redocket this action upon application to this Court within 15 days of the entry of this Order.

**IT IS FURTHER ORDERED** that all scheduled hearings are **SET ASIDE** and all pending motions are **DENIED AS MOOT**.

The Clerk of the Court is **DIRECTED** to file a copy of this Order in the record of Case No. 5:13-cv-158.

Dated June 2, 2015.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY